**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Edward Harold Schad, Jr.,

        Plaintiff,

vs.

Janice K. Brewer, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)

No. CV-13-01962-PHX-ROS

DEATH PENALTY CASE

**ORDER**

    Robert Glen Jones, Jr., has filed a motion to intervene pursuant to Rule 24(a) and (b) of the Federal Rules of Civil Procedure.  (Doc. 8.)  Defendants have filed a notice of non-opposition.  (Doc. 12.)

    There being no objection,

    **IT IS ORDERED** that the Motion of Robert Glen Jones, Jr., to Intervene (**Doc. 8**) is **GRANTED**.  Robert Glen Jones, Jr., shall file his complaint no later than October 1, 2013.

    DATED this 1st day of October, 2013.

Roslyn O. Silver
Senior United States District Judge